IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 00-20324

TRANSCONTINENTAL INSURANCE COMPANY,

Plaintiff-Appellee,

versus

PORT METAL PROCESSING, INC.,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
(H-96-CV-2470)

July 12, 2001

Before HIGGINBOTHAM and EMILIO M. GARZA, Circuit Judges, and DOWD*, District Judge.

PER CURIAM:**

    We affirm for essentially the reasons stated by Judge Werlein.

    AFFIRMED.

---

    * District Judge of the Northern District of Ohio, sitting by designation.

    ** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.